

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| BRANDON WAYNE MOORE, | § | No. 08-15-00119-CR |
| Appellant | § | Appeal from the |
| V. | § | 272nd District Court |
| THE STATE OF TEXAS, | § | of Brazos County, Texas |
| Appellee. | § | (TC# 14-01424-CRF-272) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismiss, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.